BERGER ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* CITY
OF PORT CLINTON, APPELLEE AND CROSS-APPELLANT.

[Cite as *Berger v. Port Clinton* (1994), 71 Ohio St.3d 1213.]

(No. 93–1399—Submitted October 12, 1994—Decided December 27, 1994.)

---

*Spitler & Williams–Young Co., L.P.A., Steven M. Spitler, Marc G. Williams–Young* and *Debra M. Jennings,* for appellants and cross-appellees.

*Flynn, Py & Kruse, L.P.A.,* and *John A. Coppeler,* for appellee and cross-appellant.

---

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents.

MOYER, C.J., dissenting. I dissent. I would affirm the well-reasoned decision of the court of appeals.